```
Kari L. Ley, Cal. Bar No. 142899
The Law Offices of Kari L. Ley
264 Clovis Avenue, Suite 208
Clovis, California 93612
Telephone (559)324-6545
Facsimile (559)324-6548

Attorney for Plaintiff
THOMAS M. GREENE
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS M. GREENE,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE WINE GROUP, INC., a California Corporation dba Franzia Winery; UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 8 - GOLDEN STATE a California Corporation; and DOES 1-75 inclusive,<br><br>          Defendants. | Case No. 1:14-CV-01539-KJM/MJS<br><br>**STIPULATION TO EXTEND DISCOVERY CUTOFF AND EXPERT DESIGNATION DATES, AND ORDER** |

   Whereas the parties were unable to conduct certain depositions during July 2015 due to the unavailability of the witnesses and counsel; and

   Whereas, counsel for the parties agreed to move the depositions back to August to accommodate the calendars of the parties and counsel on agreement that the discovery cutoff dates and expert designation and discovery dates be moved back to accommodate the rescheduling of the depositions;

The parties through their counsel herby agree and stipulate as follows:

1. The deadline for completing non expert discovery shall be moved from September 1, 2015, to September 22, 2015;

2. The deadline for designating experts shall be moved back from September 15, 2015, to October 6, 2015;

3. The deadline for supplementing expert designations shall be moved back from October 1, 2015, to October 22, 2015; and

4. The deadline to complete expert witness discovery shall be moved back from October 14, 2015, to November 4, 2015.

Dated:  August 26, 2015          The Law Office of Kari L. Ley

                                 /s/ Kari L. Ley
                                 _____
                                 Kari L. Ley, Attorney for
                                 Plaintiff THOMAS M. GREENE


Dated:  August 27, 2015          Jackson Lewis PC

                                 /s/ Keahn N. Morris
                                 _____
                                 Keahn N. Morris, Attorneys
                                 for Defendant The Wine Group,
                                 Inc.


Dated:  August 27, 2015          Davis, Cowell & Bowe, LLP

                                 /s/ David L. Barber
                                 _____
                                 David L. Barber, Attorneys
                                 for Defendant United Food And
                                 Commercial Workers Union
                                 Local 8-Golden State

**ORDER**

     Good cause appearing, the parties' stipulation in Case No. 1:14-CV-01539-KJM/MJS **TO EXTEND DISCOVERY CUTOFF AND EXPERT DESIGNATION DATES is accepted and adopted and made the Order of the Court. Dispositive motion, pretrial and trial dates shall remain as previously set.**

IT IS SO ORDERED.

Dated:   September 17, 2015       /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE