Kari L. Ley, Cal. Bar No. 142899
The Law Offices of Kari L. Ley
264 Clovis Avenue, Suite 208
Clovis, California 93612
Telephone (559)324-6545
Facsimile (559)324-6548

Attorney for Plaintiff
THOMAS M. GREENE

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS M. GREENE,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE WINE GROUP, INC., a California Corporation dba Franzia Winery; UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 8 - GOLDEN STATE a California Corporation; and DOES 1-75 inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:14-CV-01539-KJM/MJS<br><br>**STIPULATION TO EXTEND EXPERT DESIGNATION AND EXPERT DISCOVERY DATES, AND ORDER** |

　　　Whereas, the parties have completed non expert discovery; and

　　　Whereas, Plaintiff and Defendant UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 8 - GOLDEN STATE ("UNION") have agreed to resolution of their disputes and are in the process of preparing the necessary documentation; and

　　　Whereas, Plaintiff and the remaining Defendant THE WINE GROUP, INC., are currently involved in settlement discussions including possible mediation; and

Whereas, the parties wish to move back the dates for the exchanging expert witness information and completion of expert witness discovery to allow them to finalize the documentation resolving the disputes between Plaintiff and the UNION, and to complete settlement discussions between Plaintiff and THE WINE GROUP, INC.;

The parties through their counsel herby agree and stipulate as follows:

1. The deadline for the initial designation of experts shall be moved back from October 6, 2015, to November 3, 2015;

2. The deadline for supplementing expert designations shall be moved back from October 22, 2015, to November 19, 2015; and

3. The deadline to complete expert witness discovery shall be moved back from November 4, 2015, to December 2, 2015.

Dated: October 2, 2015          The Law Office of Kari L. Ley

                                /s/ Kari L. Ley

                                _____
                                Kari L. Ley, Attorney for
                                Plaintiff THOMAS M. GREENE

Dated: October 2, 2015          Jackson Lewis PC

                                /s/ Keahn N. Morris

                                _____
                                Keahn N. Morris, Attorneys
                                for Defendant The Wine Group,
                                Inc.

/
/

| | |
|---|---|
| Dated:  October 2, 2015 | Davis, Cowell & Bowe, LLP |
| | /s/ David L. Barber |
| | _____ |
| | David L. Barber, Attorneys for Defendant United Food And Commercial Workers Union Local 8-Golden State |

## ORDER

Good cause appearing**, the** STIPULATION TO EXTEND EXPERT DESIGNATION AND EXPERT DISCOVERY DATES in Case No. 1:14-CV-01539-KJM/MJS is approved and made the Order of the Court.  All other dates remain as previously ordered.

IT IS SO ORDERED.

Dated:   October 5, 2015              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE