Bradley W. Kampas (SBN 111639)
Jamerson C. Allen (SBN 132866)
Keahn N. Morris (SBN 273013)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone:   415.394.9400
Facsimile:   415.394.9401
kampasb@jacksonlewis.com
allenj@jacksonlewis.com
keahn.morris@jacksonlewis.com

Attorneys for Defendant
THE WINE GROUP, INC.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| THOMAS M. GREENE, | Case No. 1:14-cv-01539-KJM-MJS |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO HEAR DISPOSITIVE MOTIONS, AND ORDER** |
| v. | |
| THE WINE GROUP, INC., a California Corporation dba Franzia Winery; UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 8 – GOLDEN STATE a California Corporation; and DOES 1-75 inclusive, | Complaint filed: July 11, 2014 |
| Defendants. | |

Whereas, the parties have completed non-expert discovery;

Whereas, the trial is set for May 16, 2016;

Whereas, the parties are currently involved in settlement discussions including possible mediation;

Whereas, the parties wish to move back the deadline to hear dispositive motions to allow them to complete settlement discussions;

The parties through their counsel hereby agree and stipulate as follows:

The deadline to hear dispositive motions shall be moved back from December 15, 2015 to January 29, 2016.

1

Dated: October 14, 2015                The Law Office of Kari L. Ley

                        By:    /s/ Kari L. Ley
                               Kari L. Ley, Attorney for
                               Plaintiff THOMAS M. GREENE

Dated: October 14, 2015                JACKSON LEWIS P.C.

                        By:    /s/ Keahn N. Morris
                               Bradley W. Kampas
                               Jamerson C. Allen
                               Keahn N. Morris
                               Attorneys for Defendant
                               The Wine Group, Inc.

Dated: October 14, 2015                Davis, Cowell & Bowe, LLP

                        By:    /s/ David L. Barber
                               David L. Barber, Attorneys for
                               Defendant United Food and Commercial
                               Workers
                               Union Local 8-Golden State

## ORDER

For good cause appearing, the proposed Stipulation to Extend Deadlines to Hear Dispositive Motions in Case No. 1:14-cv-1539-KJM-MJS, is hereby approved. The deadline to hear dispositive motions shall be moved from December 15, 2015 to January 29, 2016.

IT IS SO ORDERED.

Dated:   October 14, 2015            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE