Kari L. Ley, Cal. Bar No. 142899
The Law Offices of Kari L. Ley
264 Clovis Avenue, Suite 208
Clovis, California 93612
Telephone (559)324-6545
Facsimile (559)324-6548

Attorney for Plaintiff
THOMAS M. GREENE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

|  |  |
|---|---|
| THOMAS M. GREENE,<br><br>                    Plaintiff,<br><br>      vs.<br><br>THE WINE GROUP, INC.,  a<br>California Corporation dba<br>Franzia Winery; UNITED FOOD AND<br>COMMERCIAL WORKERS UNION  LOCAL<br>8 - GOLDEN STATE a California<br>Corporation; and DOES 1-75<br>inclusive,<br><br>                    Defendants. | Case No. 1:14-CV-01539-KJM/MJS<br><br>**STIPULATION TO EXTEND EXPERT DESIGNATION AND EXPERT DISCOVERY DATES, AND ORDER** |

       Whereas, the parties have completed non expert discovery; and

       Whereas, Plaintiff and Defendant UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 8 - GOLDEN STATE ("UNION") have agreed to resolution of their disputes and are in the process of filing a Request for Dismissal of the UNION as well as the first and second causes of action in the Complaint against THE WINE GROUP, INC.; and

Whereas, Plaintiff and the remaining Defendant THE WINE GROUP, INC., are currently involved in settlement discussions and have scheduled a mediation to take place on November 12, 2015; and

Whereas, the parties wish to move back the dates for the exchanging expert witness information and completion of expert witness discovery to allow them to submit the Request for Dismissal of the UNION to the Court, and to complete settlement discussions between Plaintiff and THE WINE GROUP, INC., including the mediation scheduled for November 12, 2015;

The parties through their counsel herby agree and stipulate as follows:

1.    The deadline for the initial designation of experts shall be moved back from November 3, 2015, to December 2, 2015;

2.    The deadline for supplementing expert designations shall be moved back from November 19, 2015, to December 17, 2015; and

3.    The deadline to complete expert witness discovery shall be moved back from December 2, 2015, to January 8, 2015.


Dated:  October 29, 2015          The Law Office of Kari L. Ley

                                  /s/ Kari L. Ley

                                  _____
                                  Kari L. Ley, Attorney for
                                  Plaintiff THOMAS M. GREENE

/

/

/

/

Dated:  October 29, 2015          Jackson Lewis PC

                                  /s/ Keahn N. Morris

                                  _____
                                  Keahn N. Morris, Attorneys
                                  for Defendant The Wine Group,
                                  Inc.


Dated:  October 30, 2015          Davis, Cowell & Bowe, LLP

                                  /s/ David L. Barber

                                  _____
                                  David L. Barber, Attorneys
                                  for Defendant United Food And
                                  Commercial Workers Union
                                  Local 8-Golden State



## ORDER

    Good cause appearing, the proposed Order to Extend Expert

Designation and Expert Discovery in Case No. 1:14-CV-1539-KJM-

MJS, is hereby approved and adopted as the Order of the Court.


IT IS SO ORDERED.

    Dated:   October 30, 2015          /s/ *Michael J. Seng*

                                  UNITED STATES MAGISTRATE JUDGE